FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 22-2119

**Short Case Caption:** W. J. v. HHS

| **Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel. |
|---|

| **Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted. ||
|---|---|
| Secretary of Health and Human Services ||
| **Principal Counsel:** Sarah Black Rifkin | Admission Date: Govt Attny |
| Firm/Agency/Org.: United States Department of Justice ||
| Address: PO Box 146 Ben Franklin Station, Washington, DC 20044-0146 ||
| Phone: 202-305-5997 | Email: sarah.rifkin@usdoj.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/18/22                 Signature: SARAH BLACK RIFKIN *Digitally signed by SARAH BLACK RIFKIN Date: 2022.08.18 16:09:03 -04'00'*

                              Name: Sarah Black Rifkin

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August 2022, a copy of the foregoing **NOTICE OF APPEARANCE** was served via first class mail, postage prepaid, upon:

> Ramon K. Jusino and Ann M. Jusino
> 27 Amelia Court
> Staten Island, NY 10310
> Email: RKJusino@aol.com
> Pro Se

_____
ASTRID ROSARIO

DATED:  August 25, 2022