NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**W. J., BY HIS PARENTS AND LEGAL GUARDIANS, R.J. AND A.J.,**
*Petitioner-Appellant*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

2022-2119

Appeal from the United States Court of Federal Claims in No. 1:21-vv-01342-KCD, Judge Kathryn C. Davis.

**SUA SPONTE**

PER CURIAM.

**O R D E R**

After considering the parties' submissions the Court finds it appropriate to appoint amicus curiae counsel in support of W.J. on the issue of equitable tolling in the above-captioned appeal.

Accordingly,

IT IS ORDERED THAT:

(1) Angela Oliver of Haynes and Boone, LLP is appointed as amicus curiae counsel in support of W.J. on the issue of equitable tolling.

(2) Ms. Oliver is directed to file an entry of appearance within five (5) business days from the date of this order.

(3) On or before May 11, 2023, the appointed Amicus Curiae shall submit a supplemental brief, not to exceed 20 pages, addressing whether, under the applicable authority, equitable tolling is merited in this case.

(4) On or before May 31, 2023, the parties shall each submit a responsive supplemental brief, not to exceed 20 pages.

(5) Oral argument will be scheduled at a later date.

FOR THE COURT

April 11, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court